UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                                  :
FABARKA IDRISSOU,                                         :
                                       Petitioner,  :
                                                                      :           22 Civ. 6772 (LGS)
                 -against-                         :
                                                                      :           <u>ORDER</u>
SUSAN RAUFER,                                             :
                                                                      :
                                     Respondent.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on August 9, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that the Respondent shall, by **October 14, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **October 28, 2022**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: September 2, 2022
       New York, New York

                                                                                                   _____
                                                                                                   LORNA G. SCHOFIELD
                                                                             UNITED STATES DISTRICT JUDGE